**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JUSTIN RANDALL JONES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00874-SDJ-AGD |
| | § | |
| JENNIFER DEWBERRY DEFEO, et al. | § | |

**MEMORANDUM ADOPTING ORDER & REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 29, 2026, the Report of the Magistrate Judge, (Dkt. #4), was entered containing proposed findings of fact and recommendation that Plaintiff's lawsuit be dismissed without prejudice and that any request for relief not addressed by the Report be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's lawsuit is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any request for relief not previously granted is hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 28th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE